■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant. — Judgment of the County Court, Westchester County (Colabella, J.), rendered March 11, 1983, affirmed. No opinion. ¶ This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Brown and Niehoff, JJ., concur.